IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY MOHICA, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | 1:17-CV-710-LY |
| PELONS/508 – AUSTIN LLC d/b/a PELON'S TEX-MEX RESTAURANT | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the Court in the above-styled and numbered cause is the parties' Joint Stipulation of Dismissal with prejudice. The parties stipulate to the dismissal with prejudice of all claims alleged by Plaintiff, on behalf of himself and all others similarly situated, against Defendant, and that each party will bear its own fees and costs of suit. Having considered the Joint Stipulation, the case file, and the applicable law,

**IT IS ORDERED** that all claims alleged by Plaintiff, on behalf of himself and all others similarly situated, against Defendant are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that each party shall bear its own fees and costs.

As nothing remains for resolution in the cause, the Court renders the following **FINAL JUDGMENT** only as to the claims made in this case pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby be **CLOSED**. All other relief sought by the parties and any pending motions are hereby denied.

Signed this 20th day of April, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE